129 F.3d 1255
 Steven Ashley Harris
v.
Robert C. Sohl, Administrator, Richard Simms, Associate
Administrator, Leroy Pete Love, Assistant Superintendent,
Russell Henry, Assistant Superintendent, Bruce Hauck,
Assistant Superintendent, Don Sandt, Asst. Plumber, Jame §
Calcai, Super of Maintenance Plumbing, Charles Edwards, Dr.
Med. Dire., Marcia Walichiewicz, Walt Stettler, Maintenance
Supervisor, Richard Barbadera, MAintenance Engineer
 NO. 97-5143
 United States Court of Appeals,
Third Circuit.
 Sept 10, 1997
 
 Appeal From: D.N.J. ,No.9601855 ,
 Brown, J.
 
 
 1
 Affirmed.